**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01061-CR
No. 05-11-01062-CR

**ARMANDO FERMIN SOTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F10-19502-H**

## ORDER

The State's second motion for extension of time to file its brief is hereby **GRANTED**.

The State's brief is deemed filed as of October 6, 2016.

/s/     MOLLY FRANCIS
          JUSTICE